Isabella Neale against John Walter. Max Schleimer, for appellant. Frederick W. Block, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion to place the case on the equity calendar granted; the action being for the removal of a cloud on title, and not for ejectment.

NEW YORK & QUEENS ELECTRIC LIGHT & POWER CO., Appellant, v. CARPENTER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by the New York & Queens Electric Light & Power Company against John R. Carpenter and others. No opinion. Motion denied, with costs.

NICHOLAS v. LORD et al. (Supreme Court, Appellate Division, First Department. October 18, 1907.) Action by George S. Nicholas against Franklin B. Lord and others. No opinion. Judgment affirmed, with costs. Order filed.

In re NORTHAM. DUTCHESS INS. CO., Appellant, v. NORTHAM et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 20, 1907.) In the matter of the general assignment for the benefit of creditors of William G. Northam to Lewis N. Northam. Action by the Dutchess Insurance Company against Lewis N. Northam, assignee, and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, without costs. Held, that in the circumstances disclosed by the record in this case it was error for the court to refuse, on the ground of laches, to open the decree.

KRUSE and ROBSON, JJ., dissent.

NORTON, Respondent, v. ITHACA ST. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Ella Norton against the Ithaca Street Railway Company and another.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

NOURSE, Appellant, v. LEXINGTON DIME SAVINGS & LOAN ASS'N et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 13, 1907.) Claim of Oliver W. Nourse against the Lexington Dime Savings & Loan Association and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

KRUSE, J., dissents.

O'GRADY, Appellant, v. McDONOUGH, Respondent. (Supreme Court, Appellate Division, Second Department. October 11, 1907.) Action by Cornelius E. O'Grady against Patrick H. McDonough.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HOOKER and RICH, JJ., dissent.

O'LEARY, Respondent, v. HOWELL, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by John D. O'Leary against Eugene B. Howell, as receiver of the Long Island Real Estate Exchange & Investment Company. No opinion. Judgment of the County Court of Kings county unanimously affirmed, with costs.

OLSEN v. ROYAL CO. (Supreme Court, Appellate Division, First Department. November 15, 1907.) Action by Anna Olsen against the Royal Company, etc. No opinion. Motion granted, with $10 costs. Order filed.

ONYAN, Appellant, v. BURNS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 9, 1907.) Action by Thomas Onyan against James Burns and others. No opinion. Judgment and order affirmed, with costs.

In re ORR et al. (Supreme Court, Appellate Division, First Department. November 8, 1907.) In the matter of Alexander E. Orr and others. No opinion. Application granted.

OSBORN v. CARDEZA et al. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by Ellen C. Osborn against Howard J. M. Cardeza and others. No opinion. Order affirmed, with $10 costs and disbursements.

OSBORNE, Respondent, v. McARTHURS BROS. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1907.) Action by Clarence J. Osborne against the McArthurs Bros. Company. J. M. Goodale, for appellant. H. B. Goodstein, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below. Order filed.

SCOTT, J., dissents.

PAGE, Appellant, v. DEMPSEY, Respondent. (Supreme Court, Appellate Division, First Department, October 25, 1907.) Action by Cornelia B. Page against James Dempsey. W. F. Clare, for appellant. T. M. Tyng, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

CLARKE and HOUGHTON, JJ., dissent.

PARKER, Appellant, v. ALTONWOOD PARK CO. OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 4, 1907.) Action by K. Webber Parker, suing in her own behalf, against the Altonwood Park Company of New York and others. No opinion. Judgment affirmed, with costs.

PATERNO, Respondent, v. CITY OF NEW YORK, Appellant. (Actions 1, 2, 3 and 5.) (Supreme Court, Appellate Division, Second Department. October 15, 1907.) Actions by Frank Paterno against the city of New York. No opinion. Motions to dismiss appeals denied.